# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1040
Lower Tribunal No. CF19-009294-XX

_____

AWNY ABDEL MALAK BASTA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Awny Abdel Malak Basta, Bartow, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED